# Exhibit 2

Non-Method Claim: 1

| US9001581 | IBM Utility Node ("The accused product") |
|---|---|
| 1. A semiconductor memory device comprising: | The accused product discloses a semiconductor memory device (e.g., the boot drive of the accused product).<br><br>As shown below, the accused product uses a Micron 7450 SSD (semiconductor memory) boot drive based on Micron 3D NAND Flash chips.<br><br><br><br>https://www.ibm.com/docs/en/storage-scale-system/storage-scale-software/7.0.0?topic=upgrade-preparing-utility-node |

## Utility Nodes – General Specifications

- General purpose, multifunctional x86 server

- 2U (25" Depth) Rack Server, CRPS Redundant P/S

- Processor
  - Dual Socket SP3 (LGA4094)
  - Support AMD® EPYCTM 7003 and 7002

- Memory
  - Up to 8TB
  - 16 DIMM slots per CPU (8 channels per CPU)
  - Supports RDIMM, LRDIMM, RDIMM/LRDIMM-3DS

- PCIe Adapter Slot
  - 4 x PCIe 4.0 x16 + 1 PCIe 4.0 x8 RISER Slots (not used)
  - 1 x OCP NIC 3.0 Slot (PCIe 4.0 x16) (not used)

- Boot Drive
  - 2 x M.2 Micron 7450 PCIe 4.0 x4 for OS    semiconductor memory device

- System Management and BMC
  - 1 x 1Gb Enet for BMC (IPMI 2.0) and SOL
  - 2 x 10Gbit LAN for management  (Mgmt/SSR/Others)



Front View



Rear View
and internal Components

https://www.ibm.com/support/pages/system/files/inline-files/Introducing%20the%20SSS%206000%20Final.pdf

**⌐micron**

Micron 7450 SSD Series (PCIe® Gen4)
Features

# Micron 7450 SSD Series Technical Product Specification

**For additional technical and warranty information, contact your Micron sales representative.**

## Features

- Micron® 3D TLC NAND Flash
- PCI Express Gen4
  - M.2 single port (x4)
  - U.3 single port (x4)
  - EDSFF E1.S single port (x4)

– Uncorrectable bit error rate (UBER): <1 sector per $10^{17}$ bits read
– End-to-end data protection
– Full power-loss protection
- Operating temperature[5]
  – Commercial (0°C to +70°C)
- Field upgradeable firmware

https://assets.micron.com/adobe/assets/urn:aaid:aem:d133a40b-b36c-4b17-b768-659acc4d4bca/renditions/original/as/7450-nvme-ssd-tech-prod-spec.pdf

# What is a solid-state drive?

A solid-state drive (SSD) is a semiconductor-based storage device, which typically uses NAND flash memory to save persistent data. Solid-state technology is transforming the storage with high speed flash memory.

https://www.ibm.com/think/topics/solid-state-drives

https://www.ibm.com/support/pages/system/files/inline-files/Introducing

| | |
|---|---|
| | %20the%20SSS%206000%20Final.pdf |
| a plurality of semiconductor memory cells; | The accused product discloses a plurality of semiconductor memory cells (e.g., TLC memory cells).<br><br>As shown below, the accused product uses a Micron 7450 SSD boot drive which is based on Micron 3D NAND Flash chips which use TLC semiconductor memory cells. Each TLC cell stores three bits of data, and the SSD contains a large number of such TLC cells, which together provide the total storage capacity.<br><br>**Utility Nodes – General Specifications**<br><br>• General purpose, multifunctional x86 server<br>• 2U (25" Depth) Rack Server, CRPS Redundant P/S<br>• Processor<br>  • Dual Socket SP3 (LGA4094)<br>  • Support AMD® EPYCTM 7003 and 7002<br>• Memory<br>  • Up to 8TB<br>  • 16 DIMM slots per CPU (8 channels per CPU)<br>  • Supports RDIMM, LRDIMM, RDIMM/LRDIMM-3DS<br>• PCIe Adapter Slot<br>  • 4 x PCIe 4.0 x16 + 1 PCIe 4.0 x8 RISER Slots (not used)<br>  • 1 x OCP NIC 3.0 Slot (PCIe 4.0 x16) (not used)<br>• Boot Drive<br>  • 2 x M.2 Micron 7450 PCIe 4.0 x4 for OS<br>• System Management and BMC<br>  • 1 x 1Gb Enet for BMC (IPMI 2.0) and SOL<br>  • 2 x 10Gbit LAN for management (Mgmt/SSR/Others)<br><br>Front View<br><br>Rear View and internal Components<br><br>https://www.ibm.com/support/pages/system/files/inline-files/Introducing%20the%20SSS%206000%20Final.pdf |

**⌡micron**

# Micron 7450 SSD Series Technical Product Specification

**For additional technical and warranty information, contact your Micron sales representative.**

## Features

- Micron® 3D TLC NAND Flash — semiconductor memory cell
- PCI Express Gen4
  - M.2 single port (x4)
  - U.3 single port (x4)
  - EDSFF E1.S single port (x4)

- Uncorrectable bit error rate (UBER): <1 sector per $10^{17}$ bits read
- End-to-end data protection
- Full power-loss protection
- Operating temperature[5]
  - Commercial (0°C to +70°C)
- Field upgradeable firmware

https://assets.micron.com/adobe/assets/urn:aaid:aem:d133a40b-b36c-4b17-b768-659acc4d4bca/renditions/original/as/7450-nvme-ssd-tech-prod-spec.pdf



SEM cross-section of 3D-NAND stack (Source: Intel/Micron/IEDM)

https://chipworksrealchips.blogspot.com/2016/01/intelmicron-detail-their-3d-nand-at-iedm.html



**Figure 2.** 3D NAND array architecture [35]. (**a**) Schematics of 3 × 3 NAND strings and (**b**) bird's eye view of 3 × 5 NAND strings. Only 4 word lines (WLs) in a string are shown for visibility. The actual 3D NAND has more than 128 WLs in a string.

https://www.mdpi.com/2079-9292/10/24/3156

# Understanding Multilayer SSDs: SLC, MLC, TLC, QLC, and PLC

Multilayer solid-state drives use different numbers of cells to store data. Here's what you need to know about the different types.

### TLC: Triple-Level Cell SSDs

Triple-level cell SSDs can hold three bits per NAND cell, and have eight different voltage states. This increases storage capacity while reducing the cost of an SSD. It also provides faster performance. But the endurance takes a hit, with an expected lifespan of just 3,000 P/E cycles for TLC SSDs. TLC NAND chips are  used in many digital consumer products.

https://www.enterprisestorageforum.com/hardware/understanding-multilayer-ssds/

| | |
|---|---|
| at least one contact configured to electrically connect said memory cells to at least one control line, wherein the number of said contacts is less than the number of said memory cells; and | The accused product discloses at least one contact (e.g., bit line contact) configured to electrically connect said memory cells (e.g., TLC memory cells) to at least one control line (e.g., bit line), wherein the number of said contacts (e.g., bit line contacts) is less than the number of said memory cells (e.g., TLC memory cells).<br><br>As shown below, the accused product uses a Micron 7450 SSD boot drive which is based on Micron 3D NAND Flash chips that use a single bit line contact to connect a string of TLC cells to the bit line (control line). A string of TLC cells includes a large number of TLC cells and all said cells share the bit line contact extending from the string towards the bit line, such that the single bit line contact connects multiple TLC memory cells and the number of bit line contacts is less than the number of TLC memory cells.<br><br>**Utility Nodes – General Specifications**<br><br>• General purpose, multifunctional x86 server<br>• 2U (25" Depth) Rack Server, CRPS Redundant P/S<br>• Processor<br>  • Dual Socket SP3 (LGA4094)<br>  • Support AMD® EPYCTM 7003 and 7002<br>• Memory<br>  • Up to 8TB<br>  • 16 DIMM slots per CPU (8 channels per CPU)<br>  • Supports RDIMM, LRDIMM, RDIMM/LRDIMM-3DS<br>• PCIe Adapter Slot<br>  • 4 x PCIe 4.0 x16 + 1 PCIe 4.0 x8 RISER Slots (not used)<br>  • 1 x OCP NIC 3.0 Slot (PCIe 4.0 x16) (not used)<br>• Boot Drive<br>  • 2 x M.2 Micron 7450 PCIe 4.0 x4 for OS<br>• System Management and BMC<br>  • 1 x 1Gb Enet for BMC (IPMI 2.0) and SOL<br>  • 2 x 10Gbit LAN for management  (Mgmt/SSR/Others)<br> Front View<br> Rear View and internal Components<br><br>https://www.ibm.com/support/pages/system/files/inline-files/Introducing |

%20the%20SSS%206000%20Final.pdf

**Ⳓmicron**

Micron 7450 SSD Series (PCIe® Gen4)
**Features**

# Micron 7450 SSD Series Technical Product Specification

**For additional technical and warranty information, contact your Micron sales representative.**

## Features

- Micron® 3D TLC NAND Flash — memory cell
- PCI Express Gen4
  - M.2 single port (x4)
  - U.3 single port (x4)
  - EDSFF E1.S single port (x4)

- Uncorrectable bit error rate (UBER): <1 sector per $10^{17}$ bits read
- End-to-end data protection
- Full power-loss protection
- Operating temperature[5]
  - Commercial (0°C to +70°C)
- Field upgradeable firmware

https://assets.micron.com/adobe/assets/urn:aaid:aem:d133a40b-b36c-4b17-b768-659acc4d4bca/renditions/original/as/7450-nvme-ssd-tech-prod-spec.pdf



SEM cross-section of 3D-NAND stack  (Source: Intel/Micron/IEDM)

https://chipworksrealchips.blogspot.com/2016/01/intelmicron-detail-their-3d-nand-at-iedm.html



**Figure 2.** 3D NAND array architecture [35]. (a) Schematics of 3 × 3 NAND strings and (b) bird's e ye view of 3 × 5 NAND strings. Only 4 word lines (WLs) in a string are shown for visibility. The actu al 3D NAND has more than 128 WLs in a string.

https://www.mdpi.com/2079-9292/10/24/3156

| | |
|---|---|
| said memory device being configured to perform at least one of: injecting charge into or extracting charge out of a portion of at least one of said memory cells to maintain a state of said at least one memory cell. | The accused product discloses a memory device (e.g., the boot drive of the accused product), said memory device (e.g., the boot drive of the accused product) being configured to perform at least one of: injecting charge (e.g., electrons) into or extracting charge out of a portion (e.g., charge trap layer) of at least one of said memory cells (e.g., TLC memory cells) to maintain a state of said at least one memory cell (e.g., TLC memory cell).<br><br>As shown below, the accused product uses a Micron 7450 SSD boot drive which is based on Micron 3D NAND Flash chips and uses a charge trap layer to program a TLC memory cell. Electrons are injected into the charge trap layer, which is a portion of the TLC memory cell, to program and maintain the state of the memory cell by holding the programmed bits. |

## Utility Nodes – General Specifications

- General purpose, multifunctional x86 server

- 2U (25" Depth) Rack Server, CRPS Redundant P/S

- Processor
  - Dual Socket SP3 (LGA4094)
  - Support AMD® EPYCTM 7003 and 7002

- Memory
  - Up to 8TB
  - 16 DIMM slots per CPU (8 channels per CPU)
  - Supports RDIMM, LRDIMM, RDIMM/LRDIMM-3DS

- PCIe Adapter Slot
  - 4 x PCIe 4.0 x16 + 1 PCIe 4.0 x8 RISER Slots (not used)
  - 1 x OCP NIC 3.0 Slot (PCIe 4.0 x16) (not used)

- Boot Drive
  - 2 x M.2 Micron 7450 PCIe 4.0 x4 for OS

- System Management and BMC
  - 1 x 1Gb Enet for BMC (IPMI 2.0) and SOL
  - 2 x 10Gbit LAN for management  (Mgmt/SSR/Others)



Front View



Rear View
and internal Components

https://www.ibm.com/support/pages/system/files/inline-files/Introducing%20the%20SSS%206000%20Final.pdf

**_micron_**

Micron 7450 SSD Series (PCIe® Gen4)
**Features**

# Micron 7450 SSD Series Technical Product Specification

**For additional technical and warranty information, contact your Micron sales representative.**

## Features

- Micron® 3D TLC NAND Flash  ⟶  memory cell
- PCI Express Gen4
  - M.2 single port (x4)
  - U.3 single port (x4)
  - EDSFF E1.S single port (x4)

- Uncorrectable bit error rate (UBER): <1 sector per $10^{17}$ bits read
- End-to-end data protection
- Full power-loss protection
- Operating temperature[5]
  - Commercial (0°C to +70°C)
- Field upgradeable firmware

https://assets.micron.com/adobe/assets/urn:aaid:aem:d133a40b-b36c-4b17-b768-659acc4d4bca/renditions/original/as/7450-nvme-ssd-tech-prod-spec.pdf

Charge trap cell

injecting charge into a portion of at least one of said memory cells to maintain a state of said at least one memory cell

Program
+20V
0V

Erase
0V
+20V

https://www.mdpi.com/2079-9292/10/24/3156

## Micron 3D RG NAND Technology

**RG Design Innovation**

Micron's 3D RG NAND flash storage creates a cell-to-cell approach that is closer to an interaction-free structure by using replacement-gate technology. The RG innovation is a nonconductive layer of silicon nitride (SiN) acting as a NAND storage cell to trap electrical charges. In 3D RG NAND, this layer surrounds the inside of the control gate of the cell, functioning as an insulator that stores charges. Figure 1 shows how this design significantly decreases the cell-to-cell capacitive coupling issues in traditional NAND that limit performance.

https://assets.micron.com/adobe/assets/urn:aaid:aem:3c193535-1112-4b90-a5d8-3545ed0b021b/renditions/original/as/micron-rg-3d-nand-whitepaper.pdf